IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SITEPRO, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATERBRIDGE RESOURCES, LLC, WATERBRIDGE OPERATING, LLC, WATERBRIDGE HOLDINGS, LLC, WATERBRIDGE MANAGEMENT, INC., AND THE INTEGRATION GROUP OF THE AMERICAS, <br><br> Defendants. | C.A. No. 6:23-cv-00115-ADA-DTG <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF SITEPRO, INC.'s**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff SitePro, Inc. ("SitePro") by and through their undersigned counsel state as follows: SitePro, Inc. does not have a parent corporation, and no publicly held company owns more than 10% of its stock.

1

Dated:  February 13, 2023

Respectfully submitted,
/s/ *M. Craig Tyler*
M. Craig Tyler
Texas State Bar No. 00794762
CTyler@perkinscoie.com
Dakota Kanetzky
Texas State Bar No. 24116599
DKanetzky@perkinscoie.com
PERKINS COIE LLP
500 W 2nd St 1900
Austin, TX 78701
Telephone: (737) 256-6100

Heather C. Martin
(*Pro Hac Vice* to be submitted)
HeatherMartin@perkinscoie.com
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: (602) 351-8000

*Attorneys for Plaintiff*
*SitePro, Inc.*