IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SITEPRO, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>WATERBRIDGE RESOURCES, LLC,<br>WATERBRIDGE OPERATING, LLC,<br>WATERBRIDGE HOLDINGS, LLC,<br>WATERBRIDGE MANAGEMENT, INC.,<br>AND THE INTEGRATION GROUP OF<br>THE AMERICAS,<br><br>    Defendants. | C.A. No. 6:23-cv-00115-ADA-DTG<br><br>JURY TRIAL DEMANDED |

## MOTION TO SUBSTITUTE

Plaintiff SitePro, Inc. ("SitePro") files this Motion to Substitute Dkt. Nos. 1 and 2. On February 13, 2023, SitePro filed its Complaint against Defendants WaterBridge Resources, LLC, WaterBridge Operating, LLC, WaterBridge Holdings, LLC, WaterBridge Management, Inc. (collectively "WaterBridge"), and The Integration Group of the Americas ("TIGA"), along with its Corporate Disclosure Statement. Dkt. Nos. 1, 2. The caption in both documents originally included an incorrect case number due to an ECF filing error that was subsequently corrected within two hours by the ECF operations department, who assigned a corrected case number the same day. Dkt. No. 3. This case is an original proceeding, and to date no summons have been issued or served.

SitePro respectfully requests that the Court substitute the Dkt. Nos. 1 and 2 with the attached corrected versions of Plaintiff's Complaint (Exhibit A) and Rule 7.1 Corporate Disclosure Statement (Exhibit B). The only revision to the Complaint is to replace the incorrect case number with the corrected one of 6:23-cv-00115-ADA-DTG. The Corporate Disclosure Statement corrects

1

the same issue, and deletes one additional word in the title, but the documents are otherwise identical. SitePro seeks the correction so as to avoid confusion when the summons are served on the responding parties, and as the case proceeds.

Accordingly, Plaintiff SitePro respectfully requests that the Court grant its request to substitute Dkt. Nos. 1 and 2 with the proposed corrected versions attached as Exhibit A (Complaint) and Exhibit B (Rule 7.1 Corporate Disclosure Statement).

Dated: February 15, 2023

Respectfully submitted,

/s/ *M. Craig Tyler*
M. Craig Tyler
Texas State Bar No. 00794762
CTyler@perkinscoie.com
Dakota Kanetzky
Texas State Bar No. 24116599
DKanetzky@perkinscoie.com
PERKINS COIE LLP
500 W 2nd St 1900
Austin, TX 78701
Telephone: (737) 256-6100

Heather C. Martin
(*Pro Hac Vice* to be submitted)
HeatherMartin@perkinscoie.com
PERKINS COIE LLP
700 13th Street, NW
Suite 800
Washington, D.C. 20005-3960
Telephone: (20) 654-6200

*Attorneys for Plaintiff*
*SitePro, Inc.*