# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SITEPRO, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATERBRIDGE RESOURCES, LLC, WATERBRIDGE OPERATING, LLC, WATERBRIDGE HOLDINGS, LLC, WATERBRIDGE MANAGEMENT, INC., AND THE INTEGRATION GROUP OF THE AMERICAS, <br><br> Defendants. | C.A. No. 6:23-cv-00115-ADA-DTG <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF SITEPRO, INC.'s**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff SitePro, Inc. ("SitePro") by and through their undersigned counsel state as follows: SitePro, Inc. does not have a parent corporation, and no publicly held company owns more than 10% of its stock.

| | |
|---|---|
| Dated: February 13, 2023 | Respectfully submitted,<br>/s/ *M. Craig Tyler*<br>M. Craig Tyler<br>Texas State Bar No. 00794762<br>CTyler@perkinscoie.com<br>Dakota Kanetzky<br>Texas State Bar No. 24116599<br>DKanetzky@perkinscoie.com<br>PERKINS COIE LLP<br>500 W 2nd St 1900<br>Austin, TX 78701<br>Telephone: (737) 256-6100<br><br>Heather C. Martin<br>(*Pro Hac Vice* to be submitted)<br>HeatherMartin@perkinscoie.com<br>PERKINS COIE LLP<br>2901 North Central Avenue, Suite 2000<br>Phoenix, AZ 85012-2788<br>Telephone: (602) 351-8000<br><br>*Attorneys for Plaintiff*<br>*SitePro, Inc.* |