IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SITEPRO, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>WATERBRIDGE RESOURCES, LLC,<br>WATERBRIDGE OPERATING, LLC,<br>WATERBRIDGE HOLDINGS, LLC,<br>WATERBRIDGE MANAGEMENT, INC.,<br>AND THE INTEGRATION GROUP OF<br>THE AMERICAS,<br><br>        Defendants. | C.A. No. 6:23-cv-00115-ADA-DTG<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING MOTION TO SUBSTITUTE**

Before the Court is Plaintiff SitePro, Inc.'s ("SitePro") Motion to Substitute Dkt. Nos. 1 and 2. For the reasons stated therein, the Court finds that the motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Plaintiff SitePro's Motion to Substitute is GRANTED; and

IT IS FURTHER ORDERED that the clerk of the Court shall be directed to substitute Dkt. No. 1 with the corrected version attached to the Motion to Substitute as Exhibit A, and Dkt. No 2 with Exhibit B.

IT IS SO ORDERED.

SIGNED this 16th day of February, 2023.

_____
DEREK    T.    GILLILAND
UNITED STATES MAGISTRATE JUDGE