UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SITEPRO, INC., | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 6:23-cv-00115-ADA-DTG |
| WATERBRIDGE RESOURCES, LLC, ET AL., | | JURY TRIAL DEMANDED |
| Defendants. | | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR RESPONSIVE PLEADING

Defendant The Integration Group of the Americas ("TIGA") files this *Unopposed Motion for Extension of Time to File Answer or Responsive Pleading*, requesting this Court extend its time to answer or otherwise respond to the above-styled lawsuit to May 23, 2023 and respectfully states as follows:

TIGA was served with this lawsuit on March 29, 2023, Summons Return [Dkt. 11], making its answer or responsive pleading deadline April 19, 2023. Fed. R. Civ. P. 12(a)(1)(A)(i). Because the WaterBridge Defendants waived formal service on March 24, 2023, Summons Returns [Dkt. Nos. 7, 8, 9, and 10], their answer deadline is May 23, 2023. TIGA respectfully requests an extension of time to file its answer or responsive pleading to May 23, 2023, the same day as the remaining defendants. TIGA continues to evaluate the allegations in the complaint and consider the appropriate response to the same.

TIGA does not seek this extension for purposes of delay, but so that the case may proceed against all defendants on a uniform timeline, and so that any Rule 12 motions may be considered together.

1

Dated: April 10, 2023

Respectfully submitted,

*/s/ Richard A. Schwartz*
Richard A. Schwartz
State Bar No. 17869450
dschwartz@munsch.com
MUNSCH HARDT KOPF & HARR, P.C.
700 Milam Street
Suite 800
Houston, TX 77002-2806
T: 713.222.1470
F: 713.222.1475

## CERTIFICATE OF CONFERENCE

I certify that I conferred via email with counsel for Plaintiff SitePro, Inc. on April 10, 2023 regarding the relief requested in this Motion, and counsel is not opposed.

*/s/ Richard A. Schwartz*
Richard A. Schwartz

## CERTIFICATE OF SERVICE

I certify that on April 10, 2023, I electronically served all counsel of record by filing the foregoing document via the court's CM/ECF system. I further certify that on April 10, 2023, I served the foregoing document on counsel for the WaterBridge Defendants via email at:

Brett Reasoner
Justin D. Patrick Gibbs & Bruns LLP
1100 Louisiana Suite 5300
Houston, TX 77002
713.650.8805 main
713.750.0903 fax
BReasoner@gibbsbruns.com
jpatrick@gibbsbruns.com

*/s/ Richard A. Schwartz*
Richard A. Schwartz

4887-6155-8108v.1