UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SITEPRO, INC. | § | |
| | § | |
| vs. | § | NO:   WA:23-CV-00115-ADA |
| | § | |
| WATERBRIDGE RESOURCES, LLC, WATERBRIDGE OPERATING, LLC, WATERBRIDGE HOLDINGS, LLC, WATERBRIDGE MANAGEMENT, INC., THE INTEGRATION GROUP OF THE AMERICAS, THE INTEGRATION GROUP OF THE AMERICAS, SITEPRO, INC. | § | |
| *Defendant* | | |

## ORDER SETTING MARKMAN HEARING HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for MARKMAN HEARING HELD IN PERSON, in U.S. Magistrate Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on January 25, 2024 at 09:00 AM (2 hour time block).

**IT IS SO ORDERED** this **8th day of November, 2023**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE