UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SITEPRO, INC., | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL NO. W-23-CV-00115-ADA |
| WATERBRIDGE RESOURCES, LLC, WATERBRIDGE OPERATING, LLC, WATERBRIDGE HOLDINGS, LLC, WATERBRIDGE MANAGEMENT, INC., THE INTEGRATION GROUP OF THE AMERICAS, | § | |
| *Defendants*. | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. ECF No. 95. The report recommends Defendants WaterBridge Resources LLC *et al.*'s (collectively, "the WaterBridge Defendants") Motion for Partial Dismissal of Plaintiff's First Amended Complaint (ECF No. 20) be **DENIED**. The report and recommendation was filed on February 26, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Defendants filed objections on March 11, 2024. ECF No. 99. The Court has conducted a *de novo* review of the motion to dismiss, the responses, the report and recommendation, the objections to the report and recommendation, the responses to the objections, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland, ECF No. 95, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' objections are **OVERRULED**.

**IT IS FINALLY ORDERED** that the WaterBridge Defendants' Motion for Partial Dismissal, ECF No. 20, is **DENIED** in accordance with the Report and Recommendation.

**SIGNED** this 7th day of May, 2024.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**